IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| Kalen Jordan, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Legacy Safety & Consulting, LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:24-cv-00177-DLM-KRS |

**ORDER CONTINUING RULE 16 SCHEDULING CONFERENCE AND EXTENDING DEADLINE TO SUBMIT JOINT STATUS REPORT AND DISCOVERY PLAN**

Before the Court is the Parties' Joint Status Report and Provisional Discovery Plan, (Doc. 12), which states that the Parties' have agreed to the issuance of Notice to prospective opt-in plaintiffs for a 60-day notice period. They also request the current Rule 16 Scheduling Conference be continued until thirty (30) days after the close of the notice period. Having considered the status of the case and for good cause shown the Court finds that the relief requested should be and hereby is **GRANTED**.

IT IS THEREFORE ORDERED that the July 10, 2024 Rule 16 Scheduling Conference is VACATED and RESET to **November 19, 2024, at 9:30 a.m.** The parties shall call **(888) 398-2342** and enter code **8193818** to join the proceedings. Fourteen (14) days prior to the status conference, the Parties are ordered to meet and confer. The Parties shall submit a revised Joint Status Report and Discovery Plan **by November 12, 2024**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE