IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KALEN JORDAN, individually and on behalf
of all others similarly situated,

    Plaintiffs,

v.                                                No. 2:24-cv-177 DLM/KRS

LEGACY SAFETY & CONSULTING, LLC,

    Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

At the Rule 16 scheduling conference held on November 19, 2024, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED this 19th day of November, 2024**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE